John Harrison *against* Thomas Britton and Massey.

The same rule was afterwards made by the court, in this cause, where seven separate brick buildings and four frame buildings, though contiguous to each other in the city, were sold in one lot by the sheriff of Philadelphia county.